**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EWA SOKOLA,<br><br>    Plaintiff,<br><br> -against-<br><br>KAJA SOKOLA,<br><br>    Defendant. | Civil Case No.: 25-cv-10689 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FED. R. CIV. P. 41(a)(1)(A)(i)**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ewa Sokola hereby gives notice that this action is voluntarily dismissed. Defendant Kaja Sokola has not served an answer or a summary judgment in this action and accordingly dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) is appropriate. Moreover, pursuant to Fed. R. Civ. P. 41(a)(1)(B), this noticed voluntary dismissal is without prejudice.

Dated: February 2, 2025

Respectfully submitted,

*/s/ Daniel J. Schneider*

Daniel J. Schneider, DS7366
OFFIT KURMAN, P.A.
590 Madison Ave., 6th Floor
New York, New York
(212) 545-1900 telephone
(212) 545-1656 fax
daniel.schneider@offitkurman.com

Mark J. Dimenna (admitted *pro hac vice*)
OFFIT KURMAN, P.A.
1954 Greenspring Drive, Suite 605
Timonium, Maryland 21093
(410) 209-6411 telephone
(410) 209-6435 fax
mark.dimenna@offitkurman.com

*Counsel for Plaintiff*